UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES WILLIAMS, | Case No. 2:17-cv-01155-GMN-VCF |
| Petitioner, | ORDER |
| v. | |
| JOE LOMBARDO, et al., | |
| Respondents. | |

On October 31, 2017, this court dismissed James Williams' *pro se* § 2254 habeas corpus petition and granted him leave to file an amended petition within thirty days (ECF No. 3). The order was served on Williams via U.S. mail at his address of record. On November 15, 2017, the order was returned as undeliverable (*see* ECF No. 5). Williams has failed to notify the court of a change of address or contact the court in any manner. Accordingly, this case is dismissed for failure to update address.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 2 January 2018.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1